time of payment, might be inferred. It was held that in these subsequent transactions the company was to be charged with the knowledge possessed by its agent, and therefore bound by them. We think that on account of those important facts appearing in that case, and not in this one, the former is not an authority for plaintiff's position in this action, and that the judgment and order appealed from should be reversed, with costs to appellant to abide event.

WILLIAMS, J., concurs.

RYAN v. GARDEN CITY CO. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by John J. Ryan against the Garden City Company. No opinion. Motion granted, with $10 costs.

R. & S. HENRY & CO., Limited, Respondent, v. TALCOTT, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by R. & S. Henry & Co., Limited, against James Talcott. F. R. Kellogg, for appellant. N. Nathan, for respondent. No opinion. Judgment (56 N. Y. Supp. 684) affirmed, with costs. See 57 N. Y. Supp. 5.

SAFFIER, Appellant, v. MOTCHKOL, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Sam Saffier against "Yon" Motchkol, first name fictitious, real name unknown to plaintiff.

PER CURIAM. Order resettled, by striking out the provision for final judgment, and inserting in lieu thereof a direction that the cause be remitted to the municipal court, there to be proceeded with in accordance with the opinion of this court handed down at the October term, 1901. 64 App. Div. 615, 72 N. Y. Supp. 1126. We think it preferable that this course should be pursued, rather than that a positive order for judgment should be made in this court.

SANDFORD, Appellant, v. WAGNER, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Mark E. Sandford against Henry Wagner. A. Thain, for appellant. E. Hyme, for respondent. No opinion. Judgment affirmed, with costs.

SANDYS v. KETCHUM et al. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Arthur Sandys against Edgar Ketchum and others. No opinion. Motion denied, with $10 costs.

SANTONINO, Appellant, v. AMERICAN ICE CO., Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Nicholas Santonino against the American Ice Company. W. F. Severance, for appellant. T. D. Adams, for respondent.

No opinion. Judgment affirmed, with costs. See 73 N. Y. Supp. 1146.

SARANAC & L. P. R. CO., Respondent, v. ARNOLD et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by the Saranac & Lake Placid Railroad Company against Charles E. Arnold and another. T. M. Rowlette, for appellants. H. A. Forster, for respondent. No opinion. Order (75 N. Y. Supp. 1003) affirmed, with $10 costs and disbursements. See 58 N. Y. Supp. 710.

SAUL v. UNITED STATES FIDELITY & GUARANTY CO. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Julius Saul against the United States Fidelity & Guaranty Company. No opinion. Motion denied, with $10 costs.

SAYRE, Respondent, v. KIRTLAND et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Mary S. Sayre against Maude H. Kirtland and another. H. Wollman, for appellants. W. R. Bronk, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCANLON v. VILLAGE OF WEEDS-PORT. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by John Scanlon against the village of Weedsport. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied.

SCHAAF, Respondent, v. BAUMEISTER, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by George Schaaf against Harriet Baumeister. J. J. O'Connell, for appellant. F. C. Cantine, for respondent. No opinion. Judgment and order affirmed, with costs.

SCHAUMBURG, Respondent, v. DAILY TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Charles F. Schaumburg against the Daily Telegraph Company. A. English, for appellant. L. A. Spalding, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHEICH, Respondent, v. SPORR, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Carl A. Scheich against George Sporr. No opinion. Judgment of the municipal court affirmed by default, with costs.

SCHMIDT, Respondent, v. SCHOULER, Appellant. (Supreme Court, Appellate Division,